# EXHIBIT A

**CT Corporation**

**Service of Process Transmittal**
03/23/2012
CT Log Number 520197590

**TO:** Michael Bahner
Resurgent Capital Services L.P.
15 South Main Street, Suite 600
Greenville, SC 29601-

**RE:** **Process Served in South Carolina**

**FOR:** LVNV Funding, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Josh Potamis, Pltf. vs. LVNV Funding LLC, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Notice(s) |
| **COURT/AGENCY:** | Lynn District Court, MA Case # 1213SC000538 |
| **NATURE OF ACTION:** | Notice of next event |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Columbia, SC |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 03/23/2012 postmarked on 03/20/2012 |
| **JURISDICTION SERVED:** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | May 18, 2012 at 9:00 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Commonwealth of Massachusetts, Lynn Division District Court Department of the Trial Court 580 Essex St. Lynn, MA 01901 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/23/2012, Expected Purge Date: 03/28/2012 Image SOP Email Notification, administrative resurgent ctservice@resurgent.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 2 Office Park Court Suite 103 Columbia, SC 29223 |
| **TELEPHONE:** | 800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| NOTICE OF NEXT EVENT | DOCKET NUMBER<br>**1213SC000538** | **Trial Court of Massachusetts**<br>**District Court Department** |
|---|---|---|

| CASE NAME | Josh Potamis v. LVNV Funding LLC, CT Corporation System |
|---|---|

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| LVNV Funding LLC, CT Corporation System<br>2 Office Park Court<br>Suite 103<br>Columbia, SC 29223 | Lynn District Court<br>580 Essex Street<br>Lynn, MA 01901 |

| NEXT COURT EVENT | JUDGE OR MAGISTRATE (if already assigned) |
|---|---|
| **Magistrate Hearing**<br><br>**05/18/2012 at 9:00 AM**<br>**Small Claims Magistrate Session**<br><br>^^^   COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)   ^^^<br>MUST APPEAR ON THE DATE & TIME SHOWN ABOVE | |

**TO THE PARTIES TO THIS CASE:**

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule. Please note that the granting of a continuance is not automatic even when all the parties agree.

**Further Orders of the Court.**

| DATE ISSUED | CLERK-MAGISTRATE | | |
|---|---|---|---|
| March 20, 2012 | Jane Brady Stirgwolt | | |

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 7219SC558 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
- ☐ BOSTON MUNICIPAL COURT
- ☐ DISTRICT COURT _____ Division
- ☐ HOUSING COURT _____ Division

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Josh Potamis
21 Emerald Road
Nahant, Ma 01908
PHONE NO: 781-558-0655

PLAINTIFF'S ATTORNEY (if any)
Name:
Address:
PHONE NO:
BBO NO:

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
LVNV Funding LLC; CT Corporation System
2 Office Park Court
Columbia, SC 29223 (suite 103)
PHONE NO: 800-363-3115

ADDITIONAL DEFENDANT (if any)
Name:
Address:
PHONE NO:

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $4,500 plus $100.00 court costs for the following reasons:

The Defendant incorrectly reported the date of last activity on my account with transunion, equifax and Experion. This resulted in the loss of the closing on my house and the subsequent forfeit of my deposit, inspection and appraisal costs. Section 623:A:5 of the Fair Credit Reporting Act. Their incorrect reporting caused a 60 point decrease in my credit report via all 3 bureaus.

SIGNATURE OF PLAINTIFF X _____ DATE 03/20/12

**PART 5** — MEDIATION: ...
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6** — MILITARY AFFIDAVIT:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF X _____ DATE 03/20/12

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: ALBERT S. CONLON
CLERK-MAGISTRATE OR DESIGNEE

NAME AND ADDRESS OF COURT:
LYNN DISTRICT COURT
580 ESSEX STREET
LYNN, MA 01901

DATE AND TIME OF TRIAL: 5-18-12 AT 9:00am

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.