# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSH POTAMIS,<br><br>       Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>       Defendants. | CIVIL ACTION NO.: 1:12-cv-10717 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the plaintiff hereby voluntarily dismisses all claims against the defendant LVNV Funding, LLC, with prejudice and with both parties responsible for their own fees and costs, waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| JOSH POTAMIS<br>Pro se | LVNV FUNDING, LLC<br>By Its Attorneys, |
| */s/ Josh Potamis* <br>Josh Potamis, Pro Se<br>21 Emerald Road<br>Nahant, MA | */s/ Ranen S. Schechner* <br>Ranen S. Schechner, BBO #655641<br>Andrew M. Schneiderman, BBO #666252<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>617-213-7000 |

Date: April 30, 2012

**CERTIFICATE OF SERVICE**

    I, Ranen S. Schechner, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2012.

Josh Potamis
21 Emerald Road
Nahant, MA 01908

    */s/ Ranen S. Schechner*
    Ranen S. Schechner

34207357v1 0934109